```
UNITED STATES DISTRICT COURT
  SOUTHERN DISTRICT OF MISSISSIPPI
        NORTHERN DIVISION
```

FRANCISCO BELTAN VALDEZ                                    PETITIONER

VS.                                  CIVIL ACTION NO. 3:16CV239TSL-RHW

WARDEN B. MOSELY                                           RESPONDENT

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on August 20, 2018, recommending that Valdez's § 2241 petition be dismissed. Petitioner Francisco Beltran Valdez has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on August 20, 2018, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the petition is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 25th day of September, 2018.

                         /s/ Tom S. Lee_____
                         UNITED STATES DISTRICT JUDGE